**APPLICATION GRANTED: The Case Management Conference in this matter scheduled for November 30, 2026, at 11:00 a.m. is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 199 302 861 #.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**11/23/2026**

BERKOWITZOLIVER LLP

**Anthony J. Durone**
**adurone@berkowitzoliver.com**
**DD: (816) 627-0217**

November 20, 2026

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

**Re: *Justin Turetsky v. FlexIt, Inc., et al.*, No. 1:26-cv-04585-JHR-KHP**
**Joint Request for Remote Appearance**

Dear Magistrate Judge Parker:

I represent Defendant Echelon Fitness Multimedia LLC. On behalf of all parties, I write to jointly and respectfully request that all counsel be allowed to appear remotely at the Initial Case Management Conference scheduled for November 30, 2026, at 11:00 a.m. The parties have agreed to make this request for remote appearances as an accommodation to me, as I am based in Kansas City, Missouri, and have conflicting obligations that would make appearing in person very difficult on November 30, 2026. I do intend to appear in person as needed or as required by the Court for other appearances.

I have conferred with counsel for all parties, who consent to and join this request. Counsel will be available by video conference and will comply with all procedures set by the Court. This joint request is not intended to delay the proceeding or prejudice any party.

Sincerely,

Anthony J. Durone

cc: Counsel of Record via ECF